

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Craig Lawrence Leto<br>DEFENDANT(S). | CASE NUMBER<br>SACR12-240-13<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__, IT IS ORDERED that a detention hearing is set for __Tuesday, Oct 30, 2012__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block__, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __10/25/12__

_____
U.S. District Judge/Magistrate Judge
ROBERT N. BLOCK